OKLAHOMA *v.* CASTLEBERRY ET AL.

No. 83–2126.    Argued March 20, 1985—Decided April 1, 1985

*David W. Lee,* Assistant Attorney General of Oklahoma, argued the cause for petitioner.    With him on the briefs were *Michael C. Turpen,* Attorney General, and *Hugh A. Manning,* Assistant Attorney General.

*Charles Foster Cox* argued the cause and filed a brief for respondents.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE POWELL took no part in the decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed for the State of California by *John K. Van de Kamp,* Attorney General, *Robert R. Granucci,* Assistant Attorney General, and *Clifford K. Thompson, Jr.,* and *Ronald E. Niver,* Deputy Attorneys General; and for Americans for Effective Law Enforcement, Inc., et al. by *Fred E. Inbau, Wayne W. Schmidt, James P. Manak, David Crump,* and *Daniel B. Hales.*